# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DIRECT AUTO INSURANCE,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:25-cv-206 |
| | ) Judge Aleta A. Trauger |
| **MARIO CARTER, ET AL.,** | ) |
| Defendants. | ) |

## ORDER

On October 27, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Default Judgment as to Ashton Franks (Doc. No. 22) is GRANTED, and the court hereby declares that the plaintiff will not be liable for coverage, indemnity, or a defense with regard to any claims made against Ashton Franks in connection with a car accident that occurred on July 3, 2024, as Franks was an excluded driver under the relevant policy.

The Clerk shall enter judgment as to defendant Ashton Franks only in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge